STATE v. REIVES

    No. 117 PC.

    Case below: 29 N.C. App. 11.

    Petition for discretionary review under G.S. 7A-31 denied 3 May 1976.

STATE v. SHORES

    No. 90 PC.

    Case below: 28 N.C. App. 323.

    Petition for discretionary review under G.S. 7A-31 denied 3 May 1976.

STATE v. WILLIAMS

    No. 116 PC.

    Case below: 29 N.C. App. 24.

    Petition for discretionary review under G.S. 7A-31 denied 3 May 1976.